## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

JOHNATHAN BRUCE GROVER                                                              PLAINTIFF

V.                                          4:06CV00029 GH/JTR

LINDA BROWN,
City Attorney, Springdale, Arkansas, et al.                                      DEFENDANTS

## ORDER

On February 22, 2006, the Magistrate Judge issued his Proposed Findings and Recommended Disposition recommending that the action be dismissed without prejudice for failure to state a claim and that the dismissal constitute a "strike" as defined by 28 U.S.C. § 1915(g).

The Report and Recommendations were mailed to plaintiff at the address provided. The mail was returned as undeliverable.

Pursuant to Local Rule 5.5, a *pro se* party is to notify the Court of any change in his or her address. Here, plaintiff has not left a forwarding address. Rather than adopting the proposed recommendations of the Magistrate Judge, the Court finds that the complaint should be dismissed without prejudice for failure to prosecute.

Accordingly, the complaint is hereby dismissed without prejudice for failure to prosecute.

Dated this 16th day of March, 2006.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JOHNATHAN BRUCE GROVER                                                              PLAINTIFF

V.                                        4:06CV00029 GH/JTR

LINDA BROWN,
City Attorney, Springdale, Arkansas, et al.                                      DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this § 1983 action is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted.

2.  The dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3.  The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE