#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### LITTLE ROCK DIVISION

JOHNATHAN BRUCE GROVER                                                              PLAINTIFF

V.                                       4:06CV00029 GH/JTR

LINDA BROWN,
City Attorney, Springdale, Arkansas, et al.                                       DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE.

Dated this 16th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE